UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-357-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| FREDERICO TITO MORED, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on October 21, 2011. The United States was represented by AUSA Kathryn Frierson and the defendant by Walter Palmer. The proceedings were digitally recorded.

Defendant had been sentenced on or about March 12, 2007 by the Honorable James L. Robart on a charge of Conspiracy to Commit Identity Theft, and sentenced to 30 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug treatment, abstain from alcohol, pay restitution in the amount of $35,055, provide his probation officer with access to financial information as

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

requested, be prohibited from incurring new credit charges or opening new lines of credit, and be prohibited from possessing identity documents in any but his true identity. (Dkt. 40.)

On January 29, 2009, defendant was ordered to participate in a mental health program. (Dkt. 45.) On June 3, 2010, defendant's probation officer reported that defendant had violated the condition of supervised release by using methamphetamine. Defendant was reprimanded, referred for professional assessment, and testing frequency was increased. (Dkt. 50.)

On February 22, 2011, defendant was sentenced to three months custody, two years supervised release for violating the conditions of supervised release by using methamphetamine. (Dkt. 62.) On September 1, 2011, defendant's probation officer reported that defendant had violated the conditions of supervised release by using methamphetamine. He was referred for professional assessment to a community based residential program for intensive outpatient treatment, and testing frequency was increased. (Dkt. 63.)

In an application dated October 12, 2011 (Dkt. 64, 65), U.S. Probation Officer Andrew J. Lorenzen alleged the following violations of the conditions of supervised release:

1. Using methamphetamine on or about September 21 and 30, 2011 in violation of standard condition 7.

2. Using opiates (hydrocodone) on or about September 30, 2011 in violation of standard condition 7.

3. Failing to report for drug testing as directed on September 19, 2011 in violation of the special condition.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations and waived any evidentiary hearing as to whether they

occurred. (Dkt. 66.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1-3, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been detained.

DATED this 21st day of October, 2011.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:          Honorable James L. Robart
     AUSA:                    Kathryn Frierson
     Defendant's attorney:    Walter Palmer
     Probation officer:       Andrew J. Lorenzen